IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JAMES HUMBLE, JR.**
**ADC #117144** **PLAINTIFF**

**VS.** **4:17-CV-00746-BRW**

**ARKANSAS PAROLE BOARD,** *et al*. **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 14th day of November, 2017.


/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE